**Appeal Reinstated and filed November 29, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00388-CR
_____

**ERNEST LEYBA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1287731**

## ORDER

Appellant is represented by appointed counsel, Kelly Ann Smith. Appellant's brief was originally due July 30, 2012**.** Appellant was granted two extensions of time to file the brief until October 19, 2012, but appellant did not file a brief or a further motion for extension of time. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on October 25, 2012, that no brief had been received. No response from appellant was received. Accordingly, on November 8, 2012, this court abated the appeal and directed the trial court to conduct a hearing to determine why appellant's brief had not been filed.

On November 27, 2012, appellant filed a brief in this court. Therefore, we order the appeal **REINSTATED,** and **WITHDRAW** our November 8, 2012, order for a hearing.

The State's brief shall be due, subject to any extension of time granted, thirty days from the date of this order.

PER CURIAM